UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 15-5836-PLA                                    Date September 17, 2015

Title: L.A. Printex Industries, Inc. v. Ross Stores, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                               NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Plaintiff is ordered to show cause in writing **no later than September 24, 2015**, why this action should not be dismissed for lack of prosecution as to defendant Ross Stores, Inc.

The Court will consider the filing of an Answer by defendants Ross Stores, Inc., or plaintiff's request for entry of default, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action as to defendant Ross Stores, Inc.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk     ch